UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.

        Case No. 12-mc-51144

        HON. GEORGE CARAM STEEH

EARNESTINE SEARS,

        Defendant,

and

FORD MOTOR COMPANY PENSION,

        Garnishee.
_____/

ORDER REGARDING DEFENDANT'S REQUESTS FOR HEARING (#5 AND #6)

        On August 20, 2012, plaintiff filed a request for issuance of a continuing writ of garnishment as to defendant Earnestine Sears and garnishee Ford Motor Company Pension. On August 24, 2012, defendant filed requests for hearing. Defendant argues the garnishment would place her in a hardship as it would affect her ability to pay her bills. However, defendant does not provide financial details to allow the court to evaluate her financial hardship argument. In response to defendant's request, the government states a "request for current financial information was forwarded to [d]efendant" and defendant had not provided the information requested. Accordingly,

        IT IS HEREBY ORDERED that defendant provide plaintiff with the financial information requested by plaintiff by **November 30, 2012**. If defendant does not provide the information by **November 30, 2012**, defendant's request will be DENIED. If

-1-

defendant provides the information by **November 30, 2012**, the court will hold a hearing on **January 9, 2013 at 10:00 a.m.**  If the parties reach a resolution before the hearing date, the parties are to inform the court and the hearing will be cancelled.

Dated:  October 31, 2012

          s/George Caram Steeh
          GEORGE CARAM STEEH
          UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record and on Earnestine Sears, 10844 Cartier Drive, Brighton, MI 48114, on October 31, 2012, by electronic and/or ordinary mail.

s/Barbara Radke
Deputy Clerk

---